UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Kevin Lee Ross

    v.                                    Case No. 24-cv-230-LBM

Lance E. Walker, et al

## ORDER

After due consideration of the objection filed (Doc. No. 17), I herewith approve the Report and Recommendation of Magistrate Judge Talisha L. Saint-Marc dated July 18, 2024. For the reasons explained therein, the plaintiff's motion for preliminary injunction (Doc. No. 14) is denied.

                                                                _____
                                                                Landya B. McCafferty
                                                                 Chief Judge

Date: August 23, 2024

cc: Kevin Lee Ross, pro se