UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Kevin Lee Ross

    v.                                                    Case No. 24-cv-230-LBM

Prosecutor Andrew McCormack, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 8, 2026 ("R&R"). The court does not agree with the conclusion in the R&R that Mr. Ross's complaint (or three complaint addenda) include a constitutional claim against "jail personnel" (described as "Claim 8" on page 5 of the R&R). However, the court agrees with the recommendation to dismiss all claims in this case. The court hereby dismisses this case with prejudice.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The clerk shall enter judgment and close this case.

_____
Landya B. McCafferty
United States District Judge
Sitting by designation

Date: August 4, 2026

cc: Kevin Lee Ross, pro se